**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NST GLOBAL, LLC, d/b/a SB TACTICAL,

              Plaintiff,      )
v.                                    ) Civil Action No. 1:19-cv-00121-CFC
SIG SAUER, INC.,             )
              Defendant.

**MOTION AND ORDER FOR**
**ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of _____ to represent_____ in this matter.

                                Signed:_____
                                  Raeann Warner (DE Bar No. 004931)
                                  Jacobs & Crumplar, P.A.
                                  750 Shipyard Drive
                                  Suite 200
                                  Wilmington, Delaware 19801
                                  Telephone: (302)-600-1935
Date:_____                Attorney for _____

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                          _____
                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid     to the Clerk of Court, or, if not paid previously, the fee payment will be submitted     to the Clerk's Office upon the filing of this motion.

Dated: _____       Signed:        _____
                                                        William R. Brees (Fla. Bar No. 98886)
                                                        MAXEY-FISHER, PLLC
                                                        100 Second Avenue South
                                                        Suite 401N
                                                        St. Petersburg, Florida 33701