# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NST GLOBAL, LLC, d/b/a SB TACTICAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIG SAUER, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)  Case No. 1:19-CV-00121-CFC<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## DEFENDANT SIG SAUER, INC.'S MOTION
## FOR TRANSFER TO THE DISTRICT OF NEW HAMPSHIRE

Defendant SIG Sauer, Inc. ("SIG Sauer"), hereby moves the Court for an Order transferring this case to the United States District Court for the District of New Hampshire, pursuant to 28 U.S.C. § 1404(a). The grounds for this Motion are set forth in the accompanying Opening Brief and Declarations and information cited therein.

WHEREFORE, SIG Sauer respectfully requests that this Court grant this Motion, order the Clerk to transfer this case to the United States District Court for the District of New Hampshire, and grant SIG Sauer such other and further relief as the Court deems just and proper.

Dated: March 27, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Helena C. Rychlicki*
　　　　　　　　　　　　　　　　　　　　Helena C. Rychlicki (DE No. 3996)
　　　　　　　　　　　　　　　　　　　　PINCKNEY, WEIDINGER, URBAN
　　　　　　　　　　　　　　　　　　　　& JOYCE LLC
　　　　　　　　　　　　　　　　　　　　3711 Kennett Pike, Suite 210
　　　　　　　　　　　　　　　　　　　　Greenville, DE 19807
　　　　　　　　　　　　　　　　　　　　Tel: (302) 504-1497
　　　　　　　　　　　　　　　　　　　　Fax: (302) 442-7046
　　　　　　　　　　　　　　　　　　　　hrychlicki@pwujlaw.com

Laura L. Carroll (admitted *pro hac vice*)
Eric G. J. Kaviar (admitted *pro hac vice*)
Anthony E. Faillaci (admitted *pro hac vice*)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: (617) 345-3000
Fax: (617) 345-3299
lcarroll@burnslev.com
ekaviar@burnslev.com
afaillaci@burnslev.com

*Attorneys for Defendant SIG Sauer, Inc.*

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.

                                             */s/ Helena C. Rychlicki*
                                             Helena Rychlicki (DE No. 3996)

## **CERTIFICATE OF SERVICE**

  I, Helena C. Rychlicki, Esquire, certify that, on March 27, 2019, a copy of *Defendant SIG Sauer, Inc.'s Motion for Transfer to the District of New Hampshire* was served via electronic notification on those individuals who receive CM/ECF notices in this case.

*/s/ Helena C. Rychlicki*
Helena Rychlicki (DE No. 3996)
