**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **NST GLOBAL, LLC, d/b/a SB TACTICAL,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**SIG SAUER INC.,**<br><br>   **Defendant.** | Case No.  1:19-cv-00121-CFC<br><br>**PLAINTIFF NST GLOBAL, LLC, d/b/a SB TACTICAL'S NOTICE OF SERVICE OF INITIAL DISCLOSURE OF ASSERTED PATENTS AND ACCUSED PRODUCTS** |

**NOTICE OF SERVICE**

I, Raeann Warner, Esquire, hereby certify that on this 16th day of May 2019, a true and correct copy of (1) U.S. Patent Number 8,869,444; (2) the File History for U.S. Patent Number 8,869,444; (3) U.S. Patent Number 9,354,021; (4) the File History for U.S. Patent Number 9,354,021; and (5) documents identifying the Accused Products currently offered by Sig Sauer Inc. have been served via electronic mail to the following parties:

Helena C. Rychlicki (DE No. 3996)
PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
3711 Kennett Pike, Suite 210
Greenville, DE 19807
Tel: (302) 504-1497
hrychlicki@pwujlaw.com

Laura L. Carroll (admitted pro hac vice)
Eric G. J. Kaviar (admitted pro hac vice)
Anthony E. Faillaci (admitted pro hac vice)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624

Tel: (617) 345-3000
lcarroll@burnslev.com
ekaviar@burnslev.com
afaillaci@burnslev.com

Dated: May 16, 2019

        Respectfully submitted,

        /s/   Raeann Warner
        Raeann Warner (DE Bar No. 004931)
        JACOBS & CRUMPLAR, P.A.
        750 Shipyard Drive
        Suite 200
        Wilmington, Delaware 19801
        Telephone: (302)-600-1935
        Email: Raeann@jcdelaw.com

        -and-

        Brittany J. Maxey-Fisher (Fla. Bar No. 44586)
        William R. Brees (Fla. Bar No. 98886)
        Samuel E. Cooley (Cal. Bar No. 308933)
        MAXEY-FISHER, PLLC
        100 Second Avenue South
        Suite 401 North
        St. Petersburg, Florida 33701
        Telephone: (727) 230-4949
        Email: bmaxeyfisher@maxeyfisher.com
              wbrees@maxeyfisher.com
              lpg@maxeyfisher.com

        *Counsel for Plaintiff NST Global, LLC d/b/a*
           *SB Tactical*